### GORE *v.* BREWTON.

BECK, P. J. Upon consideration of the evidence submitted at the hearing, it does not appear that there was any abuse of discretion in granting the interlocutory injunction and thereby preserving the status of the parties with respect to the property in question.

*Judgment affirmed. All the Justices concur.*

No. 1352. JANUARY 17, 1920.

Injunction. Before Judge Sheppard. Tattnall superior court. February 7, 1919.

*H. H. Elders,* for plaintiff in error. *S. B. McCall,* contra.